

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00558-CR

Jose **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8928
Honorable Lorina I. Rummel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 20, 2016.

_____
Rebeca C. Martinez, Justice